IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W.L. Gore & Associates, Inc., | No. CV-10-8088-PCT-GMS |
| Plaintiff/Counterdefendant, | **ORDER** |
| vs. | |
| GI Dynamics, Inc., | |
| Defendant/Counterclaimant. | |

The Court is advised of the Notice and Stipulation of the Parties Regarding Discovery Matter (Doc. 94). Accordingly,

**IT IS HEREBY ORDERED** that no action is necessary.

DATED this 18th day of August, 2011.

G. Murray Snow
United States District Judge