# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

W. L. Gore & Associates, Inc.

    Plaintiff(s)/Petitioner(s),

vs.

GI Dynamics, Inc.

    Defendant(s)/Respondent(s)

CASE NO: CIV10 8088 PCT GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 9 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE:   $50.00 APPLICATION FEE REQUIRED!

I, __Alan Cope ("A.C.") Johnston__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiff / Counter-Defendant, W. L. Gore & Associates, Inc.__

**City and State of Principal Residence:** Washington, D.C.

**Firm Name:** Morrison & Foerster

**Address:** 2000 Pennsylvania Avenue, NW     **Suite:** 6000

**City:** Washington    **State:** DC    **Zip:** 20006-1888

**Firm/Business Phone:** (202) 887-1500

**Firm Fax Phone:** (202) 887-0763    **E-mail Address:** ACJohnston@mofo.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
|  |  | ☐ Yes   ☐ No* |
| SEE ATTACHED |  | ☐ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

\* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

August 25, 2011          /s/ Alan Cope Johnston

Date          Signature of Applicant

**Fee Receipt #** PHXC113475

(Rev. 03/11)

ALAN COPE JOHNSTON (CA SBN 147948)
acjohnston@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763
Attorneys for Plaintiff/Counter-Defendant,
W. L. Gore & Associates, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

W. L. GORE & ASSOCIATES, INC.,

    Plaintiff / Counter-Defendant,

v.

GI DYNAMICS, INC.,

    Defendant / Counterclaimant.

No. 3:10-cv-08088-GMS

**ADDENDUM TO APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* PURSUANT TO L.R.CIV 83.1(b)(3) FOR ALAN COPE JOHNSTON**

The following is submitted together with my application to appear *Pro Hac Vice* in the above-captioned case.

I, Alan Cope Johnston, hereby attest that, in addition to the courts listed on my application to appear *Pro Hac Vice*, I am a member in good standing and eligible to practice before the following courts:

| Title of Court: | Date of Admission: | Member in Good Standing: |
|---|---|---|
| Supreme Court of California | 12/18/1975 | YES |
| District of Columbia Court of Appeals | 07/17/1979 | YES |
| State of New York Court of Appeals | 12/04/2004 | YES |
| U.S. Supreme Court | 12/01/1980 | YES |
| U.S. Court of Appeals, DC Circuit | 10/13/1979 | YES |
| U.S. Court of Appeals, Ninth Circuit | 02/20/1981 | YES |

| | | |
|---|---|---|
| U.S. Court of Appeals, Federal Circuit | 10/15/1993 | YES |
| U.S. District Court for the Northern District of California | 12/18/1975 | YES |
| U.S. District Court for the Southern District of California | 01/19/1976 | YES |
| U.S. District Court for the Central District of California | 01/12/1976 | YES |
| U.S. District Court for the Eastern District of California | 07/18/1977 | YES |
| U.S. District Court, District of Columbia | 08/07/1979 | YES |
| U.S. District Court, Eastern District of New York | 05/16/2008 | YES |
| U.S. District Court, Southern District of New York | 04/22/2008 | YES |

Dated: August 25, 2011

ALAN COPE JOHNSTON
MORRISON & FOERSTER LLP

By: /s/ Alan Cope Johnston
ALAN COPE JOHNSTON

Attorney for Plaintiff / Counter-Defendant

# United States District & Bankruptcy Courts for the District of Columbia

## CLERK'S OFFICE

333 Constitution Avenue, NW
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ALAN COPE JOHNSTON**

was, on the 6th day of August A.D. 1979 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 7th day of September A.D. 2011.

ANGELA D. CAESAR, CLERK

By: _____
Deputy Clerk