IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

W. L. GORE & ASSOCIATES, INC.

    Plaintiff(s)/Petitioner(s),

vs.

GI DYNAMICS, INC.

    Defendant(s)/Respondent(s)

CASE NO: CV-10-8088 PCT GMS

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 3 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Eric A. Haskell**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **defendant GI Dynamics, Inc.**

**City and State of Principal Residence:** Hingham, Massachusetts
**Firm Name:** Foley Hoag LLP
**Address:** 155 Seaport Boulevard    **Suite:**
**City:** Boston    **State:** MA    **Zip:** 02210-2600
**Firm/Business Phone:** (617) 832-1228
**Firm Fax Phone:** (617) 832-7000    **E-mail Address:** ehaskell@foleyhoag.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See attached | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9-21-11
**Date**

*(signature)*
**Signature of Applicant**

Fee Receipt # phx114010

(Rev. 03/11)

## ERIC A. HASKELL BAR ADMISSIONS

| Bar | Date Admitted | Good Standing |
|---|---|---|
| Massachusetts | 07/28/2006 | Yes |
| Connecticut | 12/01/2006 | Yes |
| U.S. District Court, D. Mass | 10/18/2007 | Yes |
| Court of Appeals, First Circuit | 10/22/2007 | Yes |

AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I, Sarah A. Thornton, Clerk of this Court,

certify that **Eric A. Haskell**, Bar **665533**,

was duly admitted to practice in this Court on

**October 18, 2007**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **September 20, 2011**.
LOCATION                                  DATE

Sarah A. Thornton
CLERK

DEPUTY CLERK