# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W.L. Gore & Associates, Inc., | No. CV-10-8088-PCT-GMS |
| Plaintiff/Counterdefendant, | **ORDER** |
| vs. | |
| GI Dynamics, Inc., | |
| Defendant/Counterclaimant. | |

Pursuant to the parties' Stipulation to File Under Seal Motion to Require Return of Improperly "Clawed Back" Document (Doc. 103) and good cause appearing,

**IT IS ORDERED** granting the Motion to Seal and directing the Clerk of the Court to file under seal Motion to Require Return of Improperly "Clawed Back" Document (Doc. 104).

DATED this 17th day of October, 2011.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge