IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| W.L. Gore & Associates, Inc., | ) | No. CV-10-8088-PCT-GMS |
| Plaintiff/Counterdefendant, | ) | **ORDER** |
| vs. | ) | |
| GI Dynamics, Inc., | ) | |
| Defendant/Counterclaimant. | ) | |

Pursuant to the parties' Stipulation and Order Regarding Summary Judgment Briefing (Doc. 109) and good cause appearing,

**IT IS HEREBY ORDERED** that the maximum page length for opening and responsive summary judgment briefs as set forth in Local Rule 7.1(e)(1) shall be extended from (17) seventeen to (30) thirty pages, and the maximum page length for reply summary judgment briefs as set forth in Local Rule 7.1(e)(2) shall be extended from (11) eleven to (15) fifteen pages.

**IT IS FURTHER ORDERED** that the deadline for filing and service of dispositive motions shall be **November 10, 2011**; responsive briefs shall be due **December 6, 2011**; and reply briefs shall be due on **December 20, 2011**.

DATED this 28th day of October, 2011.

G. Murray Snow
United States District Judge