IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W.L. Gore & Associates, Inc.,<br><br>    Plaintiff/Counterdefendant,<br><br>vs.<br><br>GI Dynamics, Inc.,<br><br>    Defendant/Counterclaimant. | No. CV-10-8088-PCT-GMS<br><br>**ORDER** |

Pending before the Court are various Stipulations to file under seal (Docs. 107, 111, 113). After consideration,

**IT IS HEREBY ORDERED** granting the Stipulations.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal:

1. Lodged Opposition to Motion to Require Return of "Clawed Back" Document (Doc. 108).

2. Lodged Reply in Support of Motion to Require Return of Improperly "Clawed Back" Document (Doc. 112).

3. Lodged Motion for Summary Judgment (Doc. 114).

4. Lodged Statement of Material Facts (Do. 115).

DATED this 17th day of November, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge