1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

9  | W. L. Gore & Associates, Inc., | Case No. CV-10-8088-PCT-GMS |
10 |           Plaintiff/Counter-Defendant, | **ORDER** |
11 |      v. | |
12 | GI Dynamics, Inc., | |
13 |           Defendant/Counter-Claimant. | |

14
15      Pursuant to the parties' Joint Stipulation to File Gore's Reply Memorandum in
16 Support of Motion for Summary Judgment Under Seal (Doc. 129),
17      **IT IS** ORDERED granting the Joint Stipulation and directing the Clerk of the
18 Court to file under seal the lodged Reply Memorandum (Doc. 130).
19      Dated this 3rd day of January, 2012.
20
21      _A. Murray Snow_____
22              /G. Murray Snow
                United States District Judge
23
24
25
26
27
28