HAROLD J. MCELHINNY (*pro hac vice*)
HMcElhinny@mofo.com
MARK W. DANIS (*pro hac vice*)
MDanis@mofo.com
ARTURO J. GONZALEZ (*pro hac vice*)
AGonzalez@mofo.com
WYNNE CATHCART ERICKSON (*pro hac vice*)
WErickson@mofo.com
PAUL L. NAVARRO (*pro hac vice*)
PNavarro@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

HELEN PERRY GRIMWOOD (No. 006355)
hpg@grimwoodlaw.com
N. DOUGLAS GRIMWOOD (No. 003414)
ndg@grimwoodlaw.com
THE GRIMWOOD LAW FIRM, PLC
714 East Rose Lane, Suite 100
Phoenix, Arizona 85014-1960
Telephone: 602.265.4995
Facsimile: 602.265.4998

Attorneys for Plaintiff/Counter-Defendant
W. L. GORE & ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. L. Gore & Associates, Inc.,<br><br>    Plaintiff/Counter-Defendant,<br><br>    v.<br><br>GI Dynamics, Inc.,<br><br>    Defendant/Counter-Claimant. | Case No.  CV 10-8088 PCT GMS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(Assigned to the Hon. G. Murray Snow)** |

Plaintiff W. L. Gore & Associates, Inc. ("Gore") hereby notifies the Court that attorneys Alan Cope Johnston, Jana G. Gold, and Leah F. Wilson of Morrison & Foerster LLP are withdrawing from the case. Attached as Exhibit A is proof of the written approval of this withdrawal by Gore.

sf-3096183

Plaintiff's other attorneys from Morrison & Foerster and the Grimwood Law Firm shall continue to represent it in this matter. The names and addresses of the attorneys who will continue to represent W. L. Gore & Associates, Inc. in this case are as follows:

> HAROLD J. MCELHINNY
> HMcElhinny@mofo.com
> MARK W. DANIS
> MDanis@mofo.com
> ARTURO J. GONZALEZ
> AGonzalez@mofo.com
> WYNNE CATHCART ERICKSON
> WErickson@mofo.com
> PAUL L. NAVARRO
> PNavarro@mofo.com
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
>
> HELEN PERRY GRIMWOOD (No. 006355)
> hpg@grimwoodlaw.com
> N. DOUGLAS GRIMWOOD (No. 003414)
> ndg@grimwoodlaw.com
> THE GRIMWOOD LAW FIRM, PLC
> 714 East Rose Lane, Suite 100
> Phoenix, Arizona 85014-1960

Dated: January 19, 2012

MORRISON & FOERSTER LLP
THE GRIMWOOD LAW FIRM PLC

By:   */s/ Mark W. Danis*
      Mark W. Danis

Attorneys for Plaintiff/Counter-Defendant
W. L. GORE & ASSOCIATES, INC.

| | |
|---|---|
| 1 | ORIGINAL electronically filed this 19th day of January, 2012, with: |
| 2 | |
| 3 | Mr. Richard H. Weare<br>Clerk of the Court<br>U. S. District Court |
| 4 | Sandra Day O'Connor U. S. Courthouse<br>401 West Washington Street, SPC 1, Suite 130 |
| 5 | Phoenix, Arizona 85003-2118 |
| 6 | COPY of the foregoing emailed via Court's Electronic Case Filing System this |
| 7 | 19th day of January 2012, to: |
| 8 | Claire Laporte<br>Dean Richlin |
| 9 | Marco J Quina<br>Foley Hoag LLP |
| 10 | Seaport West<br>155 Seaport Blvd |
| 11 | Boston, MA 02210-2006<br>Email: claporte@foleyhoag.com |
| 12 | Email: drichlin@foleyhoag.com<br>Email: mquina@foleyhoag.com |
| 13 | |
| 14 | Andrew M. Federhar<br>Fennemore Craig PC |
| 15 | 3003 N Central Avenue, Suite 2600<br>Phoenix, AZ 85012-2913 |
| 16 | Email: federhar@fclaw.com |
| 17 | Attorneys for Defendant/Counter-Claimant<br>GI Dynamics, Inc. |
| 18 | |
| 19 | |
| 20 | /s/     *Pat Wolfe* |
| 21 | Pat Wolfe<br>Morrison & Foerster LLP |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

sf-3096183

# EXHIBIT A

sf-3091776

## VERIFICATION

STATE OF DELAWARE )
) ss
NEW CASTLE COUNTY )

I, Allan Wheatcraft, declare under penalty of perjury that I am in-house for W. L. Gore & Associates, Inc.; that I am authorized to provide written approval for the withdrawal of Morrison & Foerster attorneys Alan Cope Johnston, Jana G. Gold, and Leah F. Wilson in support of the **NOTICE OF WITHDRAWAL OF COUNSEL** regarding the same attorneys. Gore approves of the withdrawal of these attorneys and recognizes that it will continue to be represented by Morrison & Foerster LLP and the attorneys from that firm.

Dated: January 19, 2012

_____
Allan Wheatcraft
Corporate Counsel
W. L. Gore & Associates, Inc.

sf-3091776